# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD CASADOS,<br><br>    Petitioner,<br><br>v.<br><br>BOARD OF PAROLE HEARINGS,<br><br>    Respondent. | CASE NO. 5:16-cv-02441-JAK (SK)<br><br>**JUDGMENT** |

Pursuant to the Order Dismissing Petition for Lack of Jurisdiction, **IT IS ADJUDGED** that the petition for writ of habeas corpus and this action are hereby DISMISSED with prejudice.

DATED: June 12, 2017

HON. JOHN A. KRONSTADT
U.S. DISTRICT JUDGE